IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:11CR353 and 8:11cr383 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| BARRY CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on November 26, 2024, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits 101-104 from hearing held September 6, 2024

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   November 27, 2024

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379